AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Connelly, Rebecca B. | US Bankruptcy Court for the Western District of Virginia | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

116 North Main Street
Harrisonburg VA 22802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Rowman and Littlefield royalty $61.42 |
| 2. | 2013 | Washington and Lee University Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Botetourt savings account | A | Interest | J | T | | | | | |
| 2. Cornerstone Bank CD | A | Interest | J | T | | | | | |
| 3. Cornerstone Bank CD | A | Interest | J | T | | | | | |
| 4. Cornerstone Bank CD | A | Interest | J | T | | | | | |
| 5. Cornerstone Bank stock | A | Interest | K | T | | | | | |
| 6. Cornerstone Bank savings account | A | Interest | J | T | | | | | |
| 7. SunTrust Bank joint money market bank account | A | Interest | K | T | | | | | |
| 8. SunTrust Bank joint checking account | A | Interest | J | T | | | | | |
| 9. Ameriprise Money Market Acct | A | Interest | J | T | | | | | |
| 10. Ameriprise AIM Invesco Equity & Inc Fund | A | Dividend | K | T | | | | | |
| 11. Ameriprise Columbia Funds Account | A | Dividend | N | T | Redeemed (part) | 04/16/13 | L | | |
| 12. Ameriprise Columbia Pacific Mutual Fund | A | Dividend | J | T | | | | | |
| 13. Ameriprise Columbia Mid Cap Growth Fund CL A | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 14. Ameriprise Columbia Acorn Thermostat CLA | A | Dividend | K | T | Buy | 05/02/13 | K | | |
| 15. Ameriprise Columbia Intermediate Municipal Bond CL A | | None | K | T | Buy | 04/18/13 | K | | |
| 16. Ameriprise Eaton Vance Floating Rate CL A | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 17. Ameriprise Fidelity Advisor Emerging Markets CL A | A | Dividend | K | T | Buy | 04/16/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Legg Mason BW Global Opportunities Bond CL A | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 19. Ameriprise Gabelli Asset Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Ameriprise Goldman Sachs Rising Dividnd Growth CL A | A | Dividend | K | T | Buy | 04/18/13 | K | | |
| 21. Ameriprise Metro West Bond Fund | A | Dividend | | | Sold | 08/08/13 | J | A | |
| 22. Ameriprise Putnam US Gov Inc Mutual Fund | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 23. Ameriprise Quaker Mid Cap Value Fund | A | Dividend | | | Sold | 04/16/13 | J | A | |
| 24. Ameriprise Virtus Small Cap Core Fund | A | Dividend | | | Sold | 04/18/13 | L | A | |
| 25. TRP Mid Cap Growth fund | A | Dividend | K | T | | | | | |
| 26. TRP Spectrum Income fund | A | Dividend | K | T | | | | | |
| 27. Vanguard Tax Mangd Balanced Fund | A | Dividend | | | Sold | 11/19/13 | K | C | |
| 28. Vanguard Target Ret 2015 mutual fund | A | Dividend | | | Sold | 11/19/13 | K | C | |
| 29. Vanguard Target Ret 2020 mutual fund | A | Dividend | | | Sold | 11/19/13 | K | C | |
| 30. Vanguard Vanguard Balanced Index mutual fund | A | Dividend | | | Sold | 11/19/13 | K | C | |
| 31. Vanguard Wellesley Inc Fund mutual fund | A | Dividend | K | T | | | | | |
| 32. Vanguard Wellington Fund mutual fund | A | Dividend | | | Sold | 11/19/13 | K | C | |
| 33. JP Morgan Income Builder fund UGTMA | A | Dividend | J | T | | | | | |
| 34. Prudential Jennison Equity Income UGTMA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JPMorgan Income Builder UGTMA | A | Dividend | J | T | | | | | |
| 36. Prudential Jennison Equity Income UGTMA | A | Dividend | J | T | | | | | |
| 37. Janney Montgomery Sweep Acct | A | Interest | J | T | | | | | |
| 38. Alger Spectra CL C | A | Dividend | J | T | | | | | |
| 39. Alger Spectra CL I | A | Dividend | K | T | Buy | 12/19/13 | K | | |
| 40. Baron Growth CL I | A | Dividend | K | T | Buy | 12/19/13 | K | | |
| 41. Columbia Acorn EM Class Z | A | Dividend | J | T | Buy | 12/19/13 | J | | |
| 42. Highmark Geneva Mid Cap Growth CL C | A | Dividend | J | T | | | | | |
| 43. MFS Emerging Markets Debt CL B | A | Dividend | J | T | | | | | |
| 44. MFS International Value CL I | | None | J | T | Buy | 12/30/13 | J | | |
| 45. Mainstay High Yield Corp Bond CL B | A | Dividend | J | T | | | | | |
| 46. Oppenheimer Developing Markets CL C | A | Dividend | J | T | | | | | |
| 47. Oppenheimer Global Opportunities Cl C | A | Dividend | L | T | | | | | |
| 48. Oppenheimer Steelpath Alpha CL Y | | None | J | T | Buy | 12/30/13 | J | | |
| 49. PIMCO Income CL C | A | Dividend | J | T | | | | | |
| 50. Putnam Diversified In CL Y | | None | J | T | Buy | 12/30/13 | J | | |
| 51. Sterling Capital Equity Income CL C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Yacktman Service CL X | | None | K | T | Buy | 12/30/13 | K | | |
| 53. Bank Montreal Autocallable Note | A | Interest | | | Redeemed | 09/30/13 | J | A | |
| 54. Bank Montreal Autocallable Note new note purchased 2013 | | None | J | T | Buy | 09/30/13 | J | | |
| 55. Government I Bonds | A | Dividend | J | T | | | | | |
| 56. Government I Bond | A | Dividend | J | T | | | | | |
| 57. Gov Series EE Bonds | A | Dividend | J | T | | | | | |
| 58. Govenment Series EE Bonds | A | Dividend | J | T | | | | | |
| 59. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 60. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 61. TIAA Cref Retirement Account | A | Dividend | O | T | | | | | |
| 62. Virginia 529 Potomac Plan (age based) (no control) | A | Dividend | J | T | | | | | |
| 63. Virginia 529 Chesapeake Plan (age based) (no control) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts line 53. The Bank of Montreal Note was redeemed. A new Bank of Montreal note was purchased with the proceeds. Thus the current value at the end of the period for line 53 is -0- but on line 54 the value of the new Bank of Montreal note is reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Connelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544